OLIVE P. JUDKINS V. E. A. GUILBERT, *et al.*, Constituting THE BOARD
OF MEDICAL EXAMINERS, and J. F. KENNEDY, Secretary,
Appellants.

COLLEGE V. GUILBERT, 100 IOWA, 213, FOLLOWED.

*Appeal from Keokuk Superior Court.*—HON. JOSEPH C. BURK, Judge.

SATURDAY, DECEMBER 12, 1896.

*Milton Remley* and *Daniel F. Miller, Jr.,* for appellants.

*John E. Craig, James C. Davis,* and *A. Hollingsworth* for appellee.

GIVEN, J.—I.  Plaintiff, a graduate of the College of Physicians
and Surgeons of Keokuk, Iowa, prays that a writ of mandamus issue,
commanding the defendant to issue to him the certificate as provided
for in section 1, chapter 104, Acts Twenty-first General Assembly.  The
proceedings had in this case are the same as those had in the case of
*Said College v. These Defendants* (decided at the present [December,
1896] special session), 100 Iowa, 213 (69 N. W. Rep 453), and the ques-
tions presented on this appeal are the same as those presented and
passed upon in that  For reasons given in that opinion, the judg-
ment of the superior court in this case is REVERSED.